IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

BRIAN MONTALVO-TOLENTINO,    Criminal No. 98-273 (PG)
Defendant.

**UNITED STATES' MOTION TO WITHDRAW AUSA FRANCISCO A. OJEDA-DIEZ AS COUNSEL OF RECORD**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1. On April 15, 2005 AUSA Aramis Ríos filed an appearance form in the above mentioned case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court enter an Order granting AUSA Francisco A. Ojeda-Diez leave to withdraw as Attorney of record in this case.

**USA's Motion to Withdraw AUSA Francisco A. Ojeda-Diez as counsel for record**
<u>U.S. v. Brian Montalvo-Tolentino</u>
Criminal No. 98-273 (PG)
Page No. 2

      RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of April, 2005.

                                        H. S. GARCIA
                                        United States Attorney


                                        /s/ <u>Francisco A. Ojeda-Diez</u>
                                        Francisco A. Ojeda-Diez
                                        Assistant U.S. Attorney
                                        Room 1201, Torre Chardon Building
                                        350 Carlos Chardón Street
                                        Hato Rey, Puerto Rico  00918
                                        Tel: (787) 766-5656


## CERTIFICATE OF SERVICE

     **IT IS HEREBY CERTIFIED** that on this date I electronically filed the foregoing motion to withdraw AUSA Francisco A. Ojeda-Diez as counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Marlene Aponte-Cabrera, <u>firebug@prtc.net.</u>**

In San Juan, Puerto Rico, this 15th day of April, 2005.


                                        /s/ <u>Francisco A. Ojeda-Diez</u>
                                        Francisco A. Ojeda-Diez
                                        Assistant United States Attorney